Ira Bodenstein
Fox Rothschild, LLP
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
          Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: CARLSON, RANDY | § | Case No. 17-37046 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 14, 2017.  The undersigned trustee was appointed on December 14, 2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $              17,996.00

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 124.37 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 17,871.63 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 06/07/2018 and the deadline for filing governmental claims was 06/12/2018.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,549.60.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,549.60, for a total compensation of $2,549.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.00, for total expenses of $10.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _11/07/2018_____    By:_/s/Ira Bodenstein_____
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-37046 | **Trustee:** (330129)   Ira Bodenstein |
| **Case Name:** CARLSON, RANDY | **Filed (f) or Converted (c):** 12/14/17 (f) |
| | **§341(a) Meeting Date:** 01/25/18 |
| **Period Ending:** 11/07/18 | **Claims Bar Date:** 06/07/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2007 Mazda Mazda3, 120,000 miles, (nada.com valu <br> Imported from Amended Doc#: 13 | 2,850.00 | 0.00 | | 0.00 | FA |
| 2   Used household goods and furnshings, including b <br> Imported from Amended Doc#: 13 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 3   Two used cell phone; 1 used laptop <br> Imported from Amended Doc#: 13 | 300.00 | 300.00 | | 0.00 | FA |
| 4   Used Canon camera; used bicycle <br> Imported from Amended Doc#: 13 | 300.00 | 300.00 | | 0.00 | FA |
| 5   Used clothing <br> Imported from Amended Doc#: 13 | 250.00 | 0.00 | | 0.00 | FA |
| 6   401 (k): account with Vangard <br> Imported from original petition Doc# 1 | 8,027.00 | 8,027.00 | | 0.00 | FA |
| 7   2 cats <br> Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 8   Cash <br> Imported from Amended Doc#: 13 | 6.00 | 0.00 | | 0.00 | FA |
| 9   Checking: account with FirstBank ending in 9762 <br> Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 10   Deposits of money: VISA prepaid card ("Gift Card <br> Imported from Amended Doc#: 13 | 93.24 | 0.00 | | 0.00 | FA |
| 11   Deposits of money: VISA prepaid card ("Global Ca <br> Imported from Amended Doc#: 13 | 54.19 | 0.00 | | 0.00 | FA |
| 12   Peak Healthcare Advisors, LLC d/b/a/ Battle Ball <br> Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 13   2008 BMW 328xi, 120,000 miles, (nada.com valuati <br> Imported from original petition Doc# 1 | 3,550.00 | 3,550.00 | | 0.00 | FA |
| 14   2017 Tax Refund: Federal  (u) <br> Imported from Amended Doc#: 13 | 16,838.00 | 14,338.00 | | 16,346.00 | FA |
| 15   Int. in Ins. policies: Vehicle insurance with Pr <br> Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 16   Refund of portion of attorney's fees by check. <br> Imported from Amended Doc#: 13 | 975.00 | 78.43 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-37046

**Case Name:** CARLSON, RANDY

**Period Ending:** 11/07/18

**Trustee:** (330129)   Ira Bodenstein

**Filed (f) or Converted (c):** 12/14/17 (f)

**§341(a) Meeting Date:** 01/25/18

**Claims Bar Date:** 06/07/18

| **1**<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **2**<br>**Petition/**<br>**Unscheduled**<br>**Values** | **3**<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **4**<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | **5**<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | **6**<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|
| 17 | 2017 Tax Refund State  (u)<br>Unscheduled entirely | 0.00 | 0.00 | | 1,650.00 | FA |
| **17** | **Assets**   **Totals** (Excluding unknown values) | **$34,443.43** | **$27,793.43** | | **$17,996.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2018

**Current Projected Date Of Final Report (TFR):**     March 31, 2019

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-37046
**Case Name:** CARLSON, RANDY

**Taxpayer ID #:** \*\*-\*\*\*0462
**Period Ending:** 11/07/18

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*2766 - Checking Account
**Blanket Bond:** $45,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 500.00 | | 500.00 |
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 500.00 | | 1,000.00 |
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 650.00 | | 1,650.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,640.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,630.00 |
| 06/05/18 | {14} | Randy Carlson | Federal tax refund | 1224-000 | 16,346.00 | | 17,976.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.29 | 17,955.71 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 17,928.17 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.64 | 17,901.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 17,887.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.17 | 17,871.63 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 17,996.00 | 124.37 | $17,871.63 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 17,996.00 | 124.37 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $17,996.00 | $124.37 | |

| Net Receipts : | 17,996.00 |
|---|---|
| Net Estate : | $17,996.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*2766** | 17,996.00 | 124.37 | 17,871.63 |
| | $17,996.00 | $124.37 | $17,871.63 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER      Claims Bar Date: June 7, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 17-37046 | | | Page: 1 | | **Date:** November 7, 2018 | |
| **Debtor Name:** CARLSON, RANDY | | | | | **Time:** 04:23:48 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $10.00 | $0.00 | 10.00 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,549.60 | $0.00 | 2,549.60 |
| NOTFILED 505 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $0.00 | 0.00 |
| 1 610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 3493 | $16,250.13 | $0.00 | 16,250.13 |
| 2 610 | SST/Best Egg<br>Attn: Bankruptcy<br>4315 Pickett Rd<br>Saint Joseph, MO 64503 | Unsecured | 1310 | $28,769.23 | $0.00 | 28,769.23 |
| 3 610 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(ASHLEY HOMESTORE),POB 41067<br>Norfolk, VA 23541 | Unsecured | 0556 | $3,127.34 | $0.00 | 3,127.34 |
| NOTFILED 610 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27410 | Unsecured | 0325 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | 2812 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 7750 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 9429 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services<br>Attn: Correspondence<br>Po Box 15278<br>Wilmington, DE 19850 | Unsecured | 4083 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: June 7, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 17-37046 | | | Page: 2 | | **Date:** November 7, 2018 | |
| **Debtor Name:** CARLSON, RANDY | | | | | **Time:** 04:23:48 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase Mortgage<br>3415 Vision Dr<br>Columbus, OH 43219 | Unsecured | 9375 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Firstbank Of Colorado<br>Po Box 150097<br>Lakewood, CO 80215 | Unsecured | 9448 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fitzsimons Feu<br>2201 N Fitzsimons Pkwy<br>Aurora, CO 80045 | Unsecured | 0144 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gaines & Puljic Ltd.<br>10 S. LaSalle St.<br>Suite 3500<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kabbage, Inc.<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA 30309 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105 | Unsecured | 0714 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105 | Unsecured | 8728 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Loancare Inc<br>Po Box 8068<br>Virginia Beach, VA 23450 | Unsecured | 8206 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ocwen Loan Servicing<br>Attn: Research Dept<br>1661 Worthington R Ste 100<br>West Palm Beach, FL 33409 | Unsecured | 2605 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | PayPal Working Capital<br>Attn: Executive Escalation<br>P.O. Box 5018<br>Lutherville Timonium, MD 21094 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pearne & Gordon LLP<br>2 N. LaSalle St.<br>Suite 1200<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Security Service FCU<br>Risk Mgmt<br>Po Box 69157<br>San Antonio, TX 78269 | Unsecured | 0020 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: June 7, 2018

**Case Number:** 17-37046                                     Page: 3                          **Date:** November 7, 2018
**Debtor Name:** CARLSON, RANDY                                                                **Time:** 04:23:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Space Age Federal Cr U<br>2495 S Havanna St. Building F18<br>Aurora, CO 80014 | Unsecured | 2142 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | SST/Best Egg<br>Attn: Bankruptcy<br>4315 Pickett Rd<br>Saint Joseph, MO 64503 | Unsecured | 1310 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Swift Capital<br>3505 Silverside Rd.<br>Wilmington, DE 19810 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Syncb/home Design-hi-p<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | Unsecured | 9443 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | Unsecured | 1946 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Toyota Motor Credit Co<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Unsecured | F202 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623 | Unsecured | 9140 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Worldwide Express<br>232 Victory Ave.<br>Suite 1600<br>Dallas, TX 75219 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 50,706.30 | 0.00 | 50,706.30 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 17-37046
Case Name: CARLSON, RANDY
Trustee Name: Ira Bodenstein

**Balance on hand:**                    $              17,871.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:                    $              17,871.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,549.60 | 0.00 | 2,549.60 |
| Trustee, Expenses - Ira Bodenstein | 10.00 | 0.00 | 10.00 |

Total to be paid for chapter 7 administration expenses:    $              2,559.60
Remaining balance:                    $              15,312.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $              0.00
Remaining balance:                    $              15,312.03

    In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

    Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $              0.00
Remaining balance:                    $              15,312.03

    The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 48,146.70 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank | 16,250.13 | 0.00 | 5,168.01 |
| 2 | SST/Best Egg | 28,769.23 | 0.00 | 9,149.44 |
| 3 | Portfolio Recovery Associates, LLC | 3,127.34 | 0.00 | 994.58 |

Total to be paid for timely general unsecured claims: $ 15,312.03

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**