# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CARLSON, RANDY § Case No. 17-37046
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $17,605.43          Assets Exempt: $6,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,312.03     Claims Discharged
                                                Without Payment: $212,470.72

Total Expenses of Administration: $2,683.97

3) Total gross receipts of $ 17,996.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,996.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,683.97 | 2,683.97 | 2,683.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 228,465.05 | 48,146.70 | 48,146.70 | 15,312.03 |
| **TOTAL DISBURSEMENTS** | $228,465.05 | $50,830.67 | $50,830.67 | $17,996.00 |

   4) This case was originally filed under Chapter 7 on December 14, 2017. The case was pending for 15 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2019          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 Tax Refund: Federal | 1224-000 | 16,346.00 |
| 2017 Tax Refund State | 1224-000 | 1,650.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,996.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 2,549.60 | 2,549.60 | 2,549.60 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.29 | 20.29 | 20.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.54 | 27.54 | 27.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.64 | 26.64 | 26.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.73 | 13.73 | 13.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.17 | 16.17 | 16.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,683.97 | $2,683.97 | $2,683.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express National Bank | 7100-000 | 15,766.00 | 16,250.13 | 16,250.13 | 5,168.01 |
| 2 | SST/Best Egg | 7100-000 | 29,893.00 | 28,769.23 | 28,769.23 | 9,149.44 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 3,170.00 | 3,127.34 | 3,127.34 | 994.58 |
| NOTFILED | Security Service FCU | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Space Age Federal Cr U | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pearne & Gordon LLP | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/Best Egg | 7100-000 | 30,235.00 | N/A | N/A | 0.00 |
| NOTFILED | PayPal Working Capital | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Swift Capital | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 286.05 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/home Design-hi-p | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Care Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lending Club Corp | 7100-000 | 19,122.00 | N/A | N/A | 0.00 |
| NOTFILED | Loancare Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 10,166.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 9,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 15,373.00 | N/A | N/A | 0.00 |
| NOTFILED | Kabbage, Inc. | 7100-000 | 58,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fitzsimons Feu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gaines & Puljic Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lending Club Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstbank Of Colorado | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $228,465.05 | $48,146.70 | $48,146.70 | $15,312.03 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-37046  
**Case Name:** CARLSON, RANDY  

**Period Ending:** 02/26/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/14/17 (f)  
**§341(a) Meeting Date:** 01/25/18  
**Claims Bar Date:** 06/07/18

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2007 Mazda Mazda3, 120,000 miles, (nada.com valu<br>Imported from Amended Doc#: 13 | 2,850.00 | 0.00 | | 0.00 | FA |
| 2 | Used household goods and furnshings, including b<br>Imported from Amended Doc#: 13 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 3 | Two used cell phone; 1 used laptop<br>Imported from Amended Doc#: 13 | 300.00 | 300.00 | | 0.00 | FA |
| 4 | Used Canon camera; used bicycle<br>Imported from Amended Doc#: 13 | 300.00 | 300.00 | | 0.00 | FA |
| 5 | Used clothing<br>Imported from Amended Doc#: 13 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | 401 (k): account with Vangard<br>Imported from original petition Doc# 1 | 8,027.00 | 8,027.00 | | 0.00 | FA |
| 7 | 2 cats<br>Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash<br>Imported from Amended Doc#: 13 | 6.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: account with FirstBank ending in 9762<br>Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money: VISA prepaid card ("Gift Card<br>Imported from Amended Doc#: 13 | 93.24 | 0.00 | | 0.00 | FA |
| 11 | Deposits of money: VISA prepaid card ("Global Ca<br>Imported from Amended Doc#: 13 | 54.19 | 0.00 | | 0.00 | FA |
| 12 | Peak Healthcare Advisors, LLC d/b/a/ Battle Ball<br>Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 BMW 328xi, 120,000 miles, (nada.com valuati<br>Imported from original petition Doc# 1 | 3,550.00 | 3,550.00 | | 0.00 | FA |
| 14 | 2017 Tax Refund: Federal (u)<br>Imported from Amended Doc#: 13 | 16,838.00 | 14,338.00 | | 16,346.00 | FA |
| 15 | Int. in Ins. policies: Vehicle insurance with Pr<br>Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Refund of portion of attorney's fees by check.<br>Imported from Amended Doc#: 13 | 975.00 | 78.43 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-37046  
**Case Name:** CARLSON, RANDY  

**Period Ending:** 02/26/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/14/17 (f)  
**§341(a) Meeting Date:** 01/25/18  
**Claims Bar Date:** 06/07/18

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | 2017 Tax Refund State (u) Unscheduled entirely | 0.00 | 0.00 | | 1,650.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$34,443.43** | **$27,793.43** | | **$17,996.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2018     **Current Projected Date Of Final Report (TFR):** November 29, 2018 (Actual)

Printed: 02/26/2019 12:05 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-37046  
**Case Name:** CARLSON, RANDY  

**Taxpayer ID #:** **-***0462  
**Period Ending:** 02/26/19  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $45,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 500.00 | | 500.00 |
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 500.00 | | 1,000.00 |
| 04/19/18 | {17} | Randy Carlson | Illinois State Refund sent in 3 money orders. | 1224-000 | 650.00 | | 1,650.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,640.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,630.00 |
| 06/05/18 | {14} | Randy Carlson | Federal tax refund | 1224-000 | 16,346.00 | | 17,976.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.29 | 17,955.71 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 17,928.17 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.64 | 17,901.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 17,887.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.17 | 17,871.63 |
| 01/07/19 | 101 | Ira Bodenstein | Dividend paid 100.00% on $10.00, Trustee Expenses; Reference: | 2200-000 | | 10.00 | 17,861.63 |
| 01/07/19 | 102 | Ira Bodenstein | Dividend paid 100.00% on $2,549.60, Trustee Compensation; Reference: | 2100-000 | | 2,549.60 | 15,312.03 |
| 01/07/19 | 103 | American Express National Bank | Dividend paid 31.80% on $16,250.13; Claim# 1; Filed: $16,250.13; Reference: 3493 | 7100-000 | | 5,168.01 | 10,144.02 |
| 01/07/19 | 104 | SST/Best Egg | Dividend paid 31.80% on $28,769.23; Claim# 2; Filed: $28,769.23; Reference: 1310 | 7100-000 | | 9,149.44 | 994.58 |
| 01/07/19 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 31.80% on $3,127.34; Claim# 3; Filed: $3,127.34; Reference: 0556 | 7100-000 | | 994.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,996.00 | 17,996.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,996.00 | 17,996.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,996.00** | **$17,996.00** | |

Net Receipts : 17,996.00  
Net Estate : $17,996.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 17,996.00 | 17,996.00 | 0.00 |
| | $17,996.00 | $17,996.00 | $0.00 |

{} Asset reference(s)